UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ERNEST MURPHY,                                                    16 CIV 4415 (AJN)(JLC)

                              Plaintiff,

                                                                 **DEFT DEALLIE'S**
          -against-                                              **ANSWER WITH**
                                                                 **CROSS-CLAIMS**
CITY OF NEW YORK et al.,
                              Defendants.

-----------------------------------------------------------------X

Defendant **C.O. DAIN DEALLIE** ("Defendant") by his attorneys, **KOEHLER &**

**ISAACS LLP**, as and for an Answer with Cross-Claims to the First Amended Complaint, sets

forth, upon information and belief, as follows:

## AS AND FOR A RESPONSE TO PRELIMINARY STATEMENT

Defendant denies any wrongdoing alleged in this section of the First Amended Complaint

and refers all questions of law to the Honorable Court.

## RESPONSE TO NATURE OF ACTION

1.     The allegations contained in paragraph "1" of the First Amended Complaint do not

require a response from the Defendant and all questions of law are referred to this Honorable

Court.

## RESPONSE TO JURISDICTION AND VENUE

2.     The allegations contained in paragraph "2" of the First Amended Complaint do not

require a response from the Defendant and all questions of law are referred to this Honorable

Court.

3.     The allegations contained in paragraph "3" of the First Amended Complaint do not

require a response from the Defendant and all questions of law are referred to this Honorable

Court.

4.      The allegations contained in paragraph ō4ö of the First Amended Complaint do not require a response from the Defendant and all questions of law are referred to the Honorable Court.

## AS AND FOR A RESPONSE TO JURY DEMAND

5.      The allegations contained in paragraph ō5ö of the First Amended Complaint do not require a response from the Defendant.

## AS AND FOR A RESPONSE TO PARTIES

6.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ō6ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

7.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ō7ö of the First Amended Complaint, refers all questions of law to this Honorable Court but admits the City of New York is a municipality.

8.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ō8ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

9.      Defendant denies in the form alleged the truth of the allegations contained in paragraph ō9ö of the First Amended Complaint, refers all questions of law to this Honorable Court but admits he worked as a correction officer at all times relevant to the First Amended Complaint.

10.      Defendant denies in the form alleged the allegations contained in paragraph ō10ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

11.     Defendant denies in the form alleged the allegations contained in paragraph õ11ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

## RESPONSE TO STATEMENT OF FACTS

12.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ12ö of the First Amended Complaint, as it relates to the plaintifføs incarceration, denies any wrongdoing as it relates to him and refers all questions of law to this Honorable Court.

13.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ13ö of the First Amended Complaint.

14.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ14ö of the First Amended Complaint as it relates to other parties, denies any wrongdoing as it relates to him and refers all questions of law to this Honorable Court.

15.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ15ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

16.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ16ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

17.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ17ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

18. Defendant denies the allegations contained in paragraph "18" of the First Amended Complaint and refers all questions of law to this Honorable Court.

19. Defendant denies the allegations contained in paragraph "19" of the First Amended Complaint and refers all questions of law to this Honorable Court.

20. Defendant denies the allegations contained in paragraph "20" of the First Amended Complaint and refers all questions of law to this Honorable Court.

21. Defendant denies the allegations contained in paragraph "21" of the First Amended Complaint and refers all questions of law to this Honorable Court.

22. Defendant denies the allegations contained in paragraph "22" of the First Amended Complaint and refers all questions of law to this Honorable Court.

23. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "23" of the First Amended Complaint and refers all questions of law to this Honorable Court.

24. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "24" of the First Amended Complaint as it relates to other defendants, denies any wrongdoing as it relates to him and refers all questions of law to this Honorable Court.

25. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "25" of the First Amended Complaint and refers all questions of law to this Honorable Court.

26. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "26" of the First Amended Complaint and refers all questions of law to this Honorable Court.

27.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ27ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

28.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ28ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

29.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ29ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

30.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ30ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

31.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ31ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

32.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ32ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

33.     Defendant denies the legal conclusion set forth in paragraph õ33ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

34.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ34ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

35. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö35ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

36. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö36ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

37. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö37ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

38. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö38ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

39. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö39ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

40. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö40ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

41. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö41ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

42. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö42ö of the First Amended Complaint and refers all

questions of law to this Honorable Court.

43.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ43ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

44.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ44ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

45.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ45ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

46.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ46ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

47.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ47ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

48.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ48ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

49.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ49ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

50. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ50ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

51. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ51ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

52. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ52ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

53. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ53ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

54. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ54ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

55. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ55ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

56. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ56ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

57. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ57ö of the First Amended Complaint and refers all

questions of law to this Honorable Court.

58.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö58ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

59.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö59ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

60.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö60ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

61.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö61ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

62.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö62ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

63.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö63ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

64.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö64ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

65.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö65ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

66.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö66ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

67.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö67ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

68.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö68ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

69.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö69ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

70.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö70ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

71.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö71ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

72.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö72ö of the First Amended Complaint and refers all

questions of law to this Honorable Court.

73.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ73ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

74.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ74ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

75.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ75ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

76.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ76ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

77.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ77ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

78.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ78ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

79.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ79ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

80.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ80ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

81.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ81ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

82.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ82ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

83.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ83ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

84.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ84ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

85.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ85ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

86.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ86ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

87.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ87ö of the First Amended Complaint and refers all

questions of law to this Honorable Court.

88.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö88ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

89.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö89ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

90.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö90ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

91.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö91ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

92.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö92ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

93.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö93ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

94.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö94ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

95.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ95ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

96.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ96ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

97.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ97ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

98.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ98ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

99.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ99ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

100.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ100ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

101.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ101ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

102.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ102ö of the First Amended Complaint and refers

all questions of law to this Honorable Court.

103.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ103ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

104.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ104ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

105.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ105ö of the First Amended Complaint as it relates to other defendants, denies any wrongdoing as it relates to answering defendant and refers all questions of law to this Honorable Court.

106.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ106ö of the First Amended Complaint as it relates to other defendants, denies any wrongdoing as it relates to answering defendant and refers all questions of law to this Honorable Court.

107.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ107ö of the First Amended Complaint as it relates to other defendants, denies any wrongdoing as it relates to answering defendant and refers all questions of law to this Honorable Court.

108.    Defendant denies the legal conclusion contained in paragraph õ108ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

109.    Defendant denies in the form alleged the truth of the allegations contained in paragraph õ109ö of the First Amended Complaint and refers all questions of law to this Honorable

Court.

110.    Defendant denies the legal conclusion contained in paragraph õ110ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

111.    Defendant denies the legal conclusion contained in paragraph õ111ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO FIRST CLAIM
### (42 U.S.C. §1983)

112.    Defendant repeats, reiterates and re-alleges the responses to the allegations set forth in paragraphs 1ö through õ111ö above with the same force and effect as if fully set forth herein.

113.    Defendant denies the allegations contained in paragraph õ113ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

114.    Defendant denies the allegations contained in paragraph õ114ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

115.    Defendant denies the allegations contained in paragraph õ115ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO SECOND CLAIM
### (First Amended Retaliation)

116.    Defendant repeats, reiterates and re-alleges the responses to the allegations set forth in paragraphs õ1ö through õ115ö above with the same force and effect as if fully set forth herein.

117.    Defendant denies the allegations contained in paragraph õ117ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

118.    Defendant denies the legal conclusion contained in paragraph õ118ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

119.     Defendant denies the allegations contained in paragraph õ119ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

120.     Defendant denies the legal conclusions contained in paragraph õ120ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

121.     Defendant denies the legal conclusion contained in paragraph õ121ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

122.     Defendant denies the legal conclusion contained in paragraph õ122ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

123.     Defendant denies the legal conclusion contained in paragraph õ123ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO THIRD CLAIM
### (Excessive Force)

124.     Defendant repeats, reiterates and re-alleges the responses to the allegations set forth in paragraphs õ1ö through õ123ö above with the same force and effect as if fully set forth herein.

125.     Defendant denies the truth of the allegations contained in paragraph õ125ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

126.     Defendant denies the legal conclusions contained in paragraph õ126ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

127.     Defendant denies the legal conclusions contained in paragraph õ127ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO FOURTH CLAIM
### (False Arrest & Malicious Prosecution)

128.    Defendant repeats, reiterates and re-alleges the responses to the allegations set forth in paragraphs õ1ö through õ127ö above with the same force and effect as if fully set forth herein.

129.    Defendant denies the truth of the allegations contained in paragraph õ129ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

130.    Defendant denies the legal conclusion set forth in paragraph õ130ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

131.    Defendant denies the legal conclusions contained in paragraph õ131ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

132.    Defendant denies the legal conclusions contained in paragraph õ132ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO FIFTH CLAIM
### (Denial of Constitutional Right to Fair Trial)

133.    Defendant repeats, reiterates and re-alleges the responses to the allegations set forth in paragraphs õ1ö through õ132ö above with the same force and effect as if fully set forth herein.

134.    Defendant denies the allegations contained in paragraph õ134ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

135.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ135ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

136.    Defendant denies the allegations contained in paragraph õ136ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

137.     Defendant denies the legal conclusions contained in paragraph õ137ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

138.     Defendant denies the legal conclusions contained in paragraph õ138ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO SIXTH CLAIM
### (Equal Protection)

139.     Defendant repeats, reiterates and re-alleges the responses to the allegations set forth in paragraphs õ1ö through õ138ö above with the same force and effect as if fully set forth herein.

140.     Defendant denies the legal conclusions contained in paragraph õ140ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

141.     Defendant denies the legal conclusions contained in paragraph õ141ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

142.     Defendant denies the legal conclusions contained in paragraph õ142ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

143.     Defendant denies the legal conclusions contained in paragraph õ143ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO SEVENTH CLAIM
### (Due Process)

144.     Defendant repeats, reiterates and re-alleges the responses to the allegations set forth in paragraphs õ1ö through õ143ö above with the same force and effect as if fully set forth herein.

145.     Defendant denies the allegations contained in paragraph õ145ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

146.     Defendant denies the allegations contained in paragraph õ146ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

147.     Defendant denies the allegations contained in paragraph õ147ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

148.     Defendant denies the allegations contained in paragraph õ148ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

149.     Defendant denies the allegations contained in paragraph õ149ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

150.     Defendant denies the allegations contained in paragraph õ150ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

151.     Defendant denies the allegations contained in paragraph õ151ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO SEVENTH CLAIM
### (8TH Amendment)

152.     Defendant repeats, reiterates and re-alleges the responses to the allegations set forth in paragraphs õ1ö through õ151ö above with the same force and effect as if fully set forth herein.

153.     Defendant denies the allegations contained in paragraph õ153ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

154.     Defendant denies the allegations contained in paragraph õ154ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

155.     Defendant denies the allegations contained in paragraph õ155ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO NINTH CLAIM
### (Failure to Intervene)

156.    Defendant repeats, reiterates and re-alleges the responses to the allegations set forth in paragraphs õ1ö through õ155ö above with the same force and effect as if fully set forth herein.

157.    Defendant denies the allegations contained in paragraph õ157ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

158.    Defendant denies the allegations contained in paragraph õ158ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

159.    Defendant denies the allegations contained in paragraph õ159ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

160.    Defendant denies the allegations contained in paragraph õ160ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO TENTH CLAIM
### (Monell)

161.    Defendant repeats, reiterates and re-alleges the responses to the allegations set forth in paragraphs õ1ö through õ160ö above with the same force and effect as if fully set forth herein.

162.    Defendant denies the legal conclusions contained in paragraph õ162ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

163.    Defendant denies the legal conclusions contained in paragraph õ163ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

164.    Defendant denies the legal conclusions contained in paragraph õ164ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

165.    Defendant denies the legal conclusions contained in paragraph õ165ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

166. Defendant denies the legal conclusions contained in paragraph õl66ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

167. Defendant denies the legal conclusions contained in paragraph õl67ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

168. Defendant denies the legal conclusions contained in paragraph õl68ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

169. Defendant denies the legal conclusions contained in paragraph õl69ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

170. Defendant denies the allegations contained in paragraph õl70ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

171. Defendant denies the legal conclusions contained in paragraph õl71ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

172. Defendant denies the legal conclusions contained in paragraph õl72ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

173. Defendant denies the legal conclusions contained in paragraph õl73ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

174. Defendant denies the legal conclusions contained in paragraph õl74ö of the First Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

The Court lacks personal jurisdiction over the Defendant as the plaintiff failed to properly effectuate service under CPLR §308.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

The Defendant has not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

The First Amended Complaint fails to state a cause of action upon which relief may be granted against the Defendant.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Defendant is entitled to any setoff applicable under the circumstances of this action.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Defendant is entitled to immunity as he, at all times relevant to the First Amended Complaint, reasonably, properly and lawfully exercised his discretion as a public employee.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims in whole or in part are untimely.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

Plaintiff failed to satisfy mandatory conditions precedent to the instant action including but without limitation, those established under Sections 50-e, 50-h and 50-i of the New York General Municipal Law.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's injuries, if any, resulted solely from his own culpable or negligent conduct or the culpable or negligent conduct of others and were not the proximate result of action by the Defendant.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to punitive damages under the circumstances of this action.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to amend and/or supplement these affirmative defenses during the course of this litigation.

## FIRST CROSS-CLAIM AGAINST
## DEFENDANT CITY OF NEW YORK

175.    At all times relevant in this action, all of the actions of the Defendant were performed as part of his duties and within the scope of his employment and the rules and regulations as a Correction Officer for the New York City Department of Correction.

176.    Any damages sustained by the plaintiff at the time or place mentioned in the First Amended Complaint are embraced within the indemnification clause of Section 50-k of the New York State General Municipal Law.

177.    Section 50-k(3) of the New York State General Municipal Law states:

> **The city shall indemnify and save harmless its employees in the amount of any judgment obtained against such employees in any state or federal court, or in the amount of any settlement of a claim approved by the corporation counsel and the comptroller, provided that the act or omission from which such judgment or settlement arose occurred while the employee was acting within the scope of his public employment and in the discharge of his duties and was not in violation of any rule or regulation of his agency at the time the alleged damages were sustained; the duty to indemnify and save harmless prescribed**

**by this subdivision shall not arise where the injury or damage resulted from intentional wrongdoing or recklessness on the part of the employee**

178.    Pursuant to 50-k(3), if it is shown that if the Defendant is in any way liable to the plaintiff based upon on the allegations in the First Amended Complaint, the Defendant is entitled to recover from the City of New York the full amount of any judgment which might be rendered against the Defendant.

**SECOND CROSS CLAIM AGAINST**
**DEFENDANT CITY OF NEW YORK**

179.    Defendant repeats, reiterates and re-alleges the allegations set forth in paragraphs õ175ö through õ178ö with the same force and effect as if fully set forth herein.

180.    Defendant has denied the material allegations asserted against him in the underlying action and has asserted affirmative defenses.

181.    If the plaintiff sustained injuries and damages alleged in the First Amended Complaint, such injuries and damages were sustained by reason of negligence by the Defendant City of New York, its agents, servants and/or employees.

182.    Therefore, if the injuries and damages alleged in the First Amended Complaint were caused as a result of negligence or wrongdoing other than by the plaintiffœs own culpable conduct, then such damage is a result of the knowing, reckless and/or grossly negligent acts and omissions of the Defendant City of New York and its supervisory officials.

183.    Consequently, if it is shown that the Defendant is in any way liable to the plaintiff based upon the allegations in the First Amended Complaint, Defendant is entitled to recover from the City of New York the full amount of any judgment that might be rendered against the Defendant.

**WHEREFORE**, Defendant **C.O. DAIN DEALLIE** respectfully demands:

(a)     Judgment dismissing the First Amended Complaint in its entirety;

(b)     Judgment on each of his cross-claims against the Defendant City of New York for the amount of any judgment that may be obtained herein by the plaintiff against the Defendant, or in an amount equal to the excess over and above his equitable share of any such judgment and

(c)     Together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       October 25, 2016

                               Respectfully Submitted,

                               **KOEHLER & ISAACS LLP**

                               ___/s/ *Julie A. Ortiz*_____
                               Julie A. Ortiz (JR-1817)
                               *Attorneys for Defendant: Deallie*
                               61 Broadway, 25th Floor
                               New York, New York 10006
                               (917) 551-1300

To:     Law Firm of Ryan Lozar
         *Attorneys for Plaintiff*
         304 Broadway, 9th Floor
         New York, New York 10007
         (310) 867-1562
         Attn: Ryan Lozar, Esq.

         New York City Law Department
         *Attorneys for Deft: City,*
         100 Church Street
         New York, New York 10007
         (212) 356-5055
         Attn: Eviana Englert, Esq.

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on October 25, 2016, I electronically filed the within **DEFENDANT DEALLIE'S ANSWER WITH CROSS-CLAIMS TO THE FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system and have served the same *via ECF and regular mail* upon the following:

Law Firm of Ryan Lozar
*Attorneys for Plaintiff*
304 Broadway, 9th Floor
New York, New York 10007
(310) 867-1562
Attn: Ryan Lozar, Esq.

New York City Law Department
*Attorneys for Deft: City,*
100 Church Street
New York, New York 10007
(212) 356-5055
Attn: Eviana Englert, Esq.

Dated: New York, New York
    October 25, 2016

___/s/ *Julie A. Ortiz*_____
Julie A. Ortiz (JR-1817)