UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ernest Murphy,

            Plaintiff,

–v–

City of New York *et al.*,

            Defendants.

16-CV-4415 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the Case Management Plan & Scheduling Order dated January 30, 2017, Dkt. No. 71, the parties were required to submit a joint letter by April 14, 2017 advising the Court as to whether they seek referral to the United States Magistrate Judge for a settlement conference. As of the date of this Order, however, the Court has received no such submission.

    Accordingly, the parties are directed to file the above-referenced letter no later than **May 5, 2017**.

SO ORDERED.

Dated: April __, 2017
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 4 2017