FEB 1 3 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ERNEST MURPHY,

                                    Plaintiff,

                    -against-

THE CITY OF NEW YORK, CAPTAIN PITTMAN,
OFFICER SINACORE, OFFICER DEALLIE, OFFICER
GILKES, OFFICER R. JOHNSON, CAPTAIN HARVEY,
OFFICER SOLOMONOFF, OFFICER WHYTE, CAPTAIN
WILEY, OFFICER WALKER, CAPTAIN PERRY,
CAPTAIN WILLIAMS, CAPTAIN D. JOHNSON, and JOHN
AND JANE DOE CORRECTIONAL OFFICERS 1-15,

                                    Defendants.
---------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

16 Civ. 4415 (AJN) (JLC)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action, including any and all cross-claims, is hereby dismissed in its entirety, with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       2|12      , 2018

RYAN M. LOZAR
Law Firm of Ryan Lozar
*Attorney for Plaintiff*
305 Broadway, 9th Floor
New York, NY 10007

By: _____ 2/9/18
    Ryan M. Lozar, Esq.

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York, R. Johnson, Harvey, Solomonoff, Whyte, Wiley, Walker, Perry and Williams*
100 Church Street
New York, New York 10007

By: _____
    Eviana Englert, Esq.
    Assistant Corporation Counsel
    Special Federal Litigation

JAMES G. FRANKIE
Frankie & Gentile, P.C.
*Attorneys for Defendant Pittman*
1527 Franklin Ave., Ste. 104
Mineola, NY 11501

By: _____
    James G. Frankie, Esq.

JOEY JACKSON
Koehler & Isaacs, LLP
*Attorneys for Defendants Deallie, Gilkes and Sinacore*
61 Broadway
New York, NY 10006

By: _____
    Joey Jackson, Esq.

SO ORDERED:
_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
Dated: Feb 13    , 2018   tmi